UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
April 6, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES OF AMERICA, )
 ) Case No. 2:12-MJ-00092-DAD
Plaintiff, )
v. ) ORDER FOR RELEASE OF
 ) PERSON IN CUSTODY
KAYLA LOW , )
 )
Defendant. )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>KAYLA LOW</u>, Case No. <u>2:12-MJ-00092-DAD</u>, Charge <u>Probation Violation</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

___ Bail Posted in the Sum of $_____

    ___ Unsecured Appearance Bond

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond with Surety

    ___ Corporate Surety Bail Bond

    _✔_ (Other)    <u>Third party custody and Court added additional condition of probation as stated on the record in open court. Dft ordered to appear in the District of New Mexico, Albuquerque Division, on 4/12/12 at 9:00 am.</u>

Issued at <u>Sacramento, CA</u> on <u>April 6, 2012</u> at <u>2:55</u> pm .

By _____/s/ Dale A. Drozd_____
Dale A. Drozd
United States Magistrate Judge